IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DAMARIAN T. FORD                                                                                                  PLAINTIFF

v.                                            Case No. 6:25-cv-6005

SHIFT SUPERVISOR JAMES SMITH,
Sergeant, ADC, ORCU                                                                                          DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R) issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Ford recommends that Plaintiff's Amended Complaint (ECF No. 10) be dismissed without prejudice for failure to prosecute this matter and for failure to obey the Court's Orders. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 13) in toto. Accordingly, Plaintiff's Amended Complaint (ECF No. 10) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 25th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge